1  DAY LAW OFFICES
   MONTIE S. DAY (SBN 073327)
2  Attorney at Law
   P. O. Box 1045
3  Shoshone, Idaho
   Telephone: (208) 280-3766
4  Email: Oyad@aol.com

5  Attorneys for RICHARD STELLMACHER, dba Stellmacher
   Construction & Development Company
6

7                    UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

9  RICHARD STELLMACHER, an                )
   individual, dba STELLMACHER             )  Case No. 1:08-CV-01551-AWI-DLB
10 CONSTRUCTION & DEVELOPMENT              )
   COMPANY,                                )
11         Plaintiff,                      )
                                           )  ORDER ON
12 vs.                                     )  APPLICATION FOR
                                           )  CONTINUANCE OF JOINT
13 ROBERTO M. GUERRERO, aka ROBERT         )  SCHEDULING CONFERENCE
   GUERRERO, aka ROBERTO GUERRERO          )
14 MONTANO, an individual; LUIS GERARDO    )
   GUERRERO, aka LUIS GERARDO              )
15 GUERRERO MONTANO, an individual;        )
   MANUEL VIZCARRA, an individual;         )
16 REGALIA MORTGAGE COMPANY, INC., a       )
   California corporation, and REGALIA     )  DEMAND FOR JURY TRIAL
17 MORTGAGE COMPANY MEXICO S.A. DE         )
   C.V., a foreign business entity, both doing )
18 business as REGALIA MORTGAGE            )  Current Date: January 20, 2009
   COMPANY,                                )       Time:   8:45 A.M.
19                                         )       Courtroom:   9
          Defendants.                      )
20 _____) Dennis L. Beck, U.S.
                                              Magistrate
21

22     For good cause appearing, the joint scheduling conference now set for January 20,

23 2009, is continued until March 19, 2009 at 8:45 a.m.

24

25     IT IS SO ORDERED.

26     Dated:   **December 23, 2008**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE
27

28

_____

ORDER ON APPLICATION FOR CONTINUANCE