| | |
|---|---|
| DAY LAW OFFICES<br>MONTIE S. DAY (SBN 073327)<br>Attorney at Law<br>P. O. Box 1045<br>Shoshone, Idaho<br>Telephone: (208) 280-3766<br>Email: Oyad@aol.com | |

Attorneys for RICHARD STELLMACHER, dba Stellmacher Construction & Development Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| RICHARD STELLMACHER, an individual, dba STELLMACHER CONSTRUCTION & DEVELOPMENT COMPANY,<br>　　　　Plaintiff,<br>vs.<br>ROBERTO M. GUERRERO, aka ROBERT GUERRERO, aka ROBERTO GUERRERO MONTANO, an individual; LUIS GERARDO GUERRERO, aka LUIS GERARDO GUERRERO MONTANO, an individual; MANUEL VIZCARRA, an individual; REGALIA MORTGAGE COMPANY, INC., a California corporation, and REGALIA MORTGAGE COMPANY MEXICO S.A. DE C.V., a foreign business entity, both doing business as REGALIA MORTGAGE COMPANY,<br>　　　　Defendants.<br>_____ | Case No. 1:08-CV-01551-AWI-DLB<br><br>ORDER ON APPLICATION FOR CONTINUANCE OF JOINT SCHEDULING CONFERENCE<br><br><br><br><br><br>Current Date: March 19, 2009<br>　Time:　8:45 A.M.<br>　Courtroom:　9<br><br>Dennis L. Beck, U.S. Magistrate |

For good cause appearing, the joint scheduling conference now set for March 19, 2009, is continued until June 15, 2009 at 8:45 a.m.

IT IS SO ORDERED.

　　Dated:　**March 12, 2009**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

ORDER ON APPLICATION FOR CONTINUANCE